ATTORNEY(S) : Kakalec Law PLLC
INDEX # : 1:23-cv-10983-AT
PURCHASED/FILED : December 22, 2023
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Southern Dist.

Corrected

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Brayan Angulo, et al

Plaintiff(s)

against

Clowns.com, Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 70 Yrs. |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White | |

Hair color: Blonde  Other:

**Holly Atkins**               , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **January 5, 2024**       , at   **1:33 PM**   , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons In A Civil Action with Collective & Class Action Complaint with Civil Cover Sheet & Initial Pretrial Scheduling Order with Individual Practices in Civil Cases of U.S. District Judge Analisa Torres**

on

**Clowns.com, Inc.**

the Defendant in this action, by delivering to and leaving with             **Sue Zouky**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of      $40      dollars; That said service was made pursuant to Section  **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
9th day of January, 2024

ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2026

Holly Atkins
**Invoice·Work Order #** 2400593
Attorney File # **Angulo**