**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

14.1

Index Number: 23-CV-10983(AT)

Date Filed: 12/26/2023

BRAYAN ANGULO CAMERON PILLE JANINA SALORIO AND XANDER BLACK

Plaintiff

VS

CLOWNS.COM, INC. ET AL

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

BRUCE KUSTKA    , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on <u>1/5/2024</u>, at <u>2:20 PM</u> at <u>200 MEACHAM AVENUE , ELMONT, NY 11003</u>, Deponent served the within **SUMMONS IN A CIVIL ACTION & COLLECTIVE CLASS ACTION COMPLAINT INITIAL PRETRIAL SCHEDULING ORDER** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: <u>ERICA BARBUTO</u>, <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **ADOLPH RODRIGUEZ (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **ADOLPH RODRIGUEZ** is as follows:

**Sex**: Male    **Color of skin**: White    **Color of hair:** Black    **Age**: 40
**Height**: 5ft9in-6ft0in    **Weight**: Over 200 Lbs.    **Other** :

On **January 5, 2024**, service was completed by mailing a true copy of the above stated document(s) to the <u>Defendant</u> at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on January 9, 2024

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/27

**Client's File No.:** 2357915

Process Server, Please Sign
BRUCE KUSTKA

Lic#

Job #: 2373247

*ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC,*
*6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771*