**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Index Number: 23-CV-10983(AT)
Date Filed: 12/26/2023

---

BRAYAN ANGULO CAMERON PILLE JANINA SALORIO AND XANDER BLACK

Plaintiff

vs

CLOWNS.COM, INC. ET AL

Defendant

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

BRUCE KUSTKA , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **1/5/2024**, at **2:21 PM** at **200 MEACHAM AVENUE , ELMONT, NY 11003**, Deponent served the within **SUMMONS IN A CIVIL ACTION & COLLECTIVE CLASS ACTION COMPLAINT INITIAL PRETRIAL SCHEDULING ORDER** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **ADOLPH RODRIGUEZ AKA GEORGE RODRIGUEZ AKA GEORGE ADOLPH RODRIGUEZ AKA GEORGE BLACKSTONE** , Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male    **Color of skin**: White    **Color of hair:** Black    **Age**: 40
**Height**: 5ft9in-6ft0in    **Weight**: Over 200 Lbs.    **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on January 9, 2024

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/27

Client's File No.: 2357914

Process Server, Please Sign
BRUCE KUSTKA
Lic#
Job #: 2373249

ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC,
6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771