

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2024__

April 5, 2024

**Via ECF and Email**
Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    *Angulo, et al. v. Clowns.com, Inc., et al.*, No. 23-cv-10983 (AT)

Dear Judge Torres,

My office represents Plaintiffs Brayan Angulo, Cameron Pille, Janina Salorio, and Xander Black, and opt-in Plaintiffs Miles Sullivan, Cara Stofa, Yasmine Elabd, Matthew Tierney, Will Pierson, Lia Hauser, Grayson Hampshire, and Isabella Marinucci in the above-referenced matter. We submit this letter jointly with counsel for Defendants to provide an update on the mediation status, and request an additional week's time to update the Court on the outcome of the mediation.

The parties had a very productive all-day mediation on April 1, 2024 with the assistance of Mediator Barry J. Peek. We are continuing to make meaningful progress with the assistance of the Mediator. We therefore request an additional week's time to report to the Court on the outcome of the mediation, *i.e.*, until April 13, 2024, and a stay of all other pending deadlines.

This is the first request to extend this mediation report deadline.

We thank the Court for its attention to this matter.

          Respectfully submitted,

          Hugh Baran
          Counsel for Plaintiffs

GRANTED IN PART.  The parties shall update the Court on the outcome of mediation by **April 13, 2024**.  The parties' request to stay all other pending deadlines is DENIED.  The parties may renew their request following mediation.

SO ORDERED.

Dated:  April 8, 2024
       New York, New York

           _____
           ANALISA TORRES
           United States District Judge