

Patricia Kakalec
Patricia@KakalecLaw.com

April 25, 2024

<u>By ECF and email</u>

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

  <u>Re</u>: *Angulo, et al. v. Clowns.com, Inc., et al.*, No. 23-cv-10983 (AT)

Dear Judge Torres:

  Our firm represents Plaintiffs Brayan Angulo, Cameron Pille, Janina Salorio, and Xander Black, and opt-in Plaintiffs Miles Sullivan, Cara Stofa, Yasmine Elabd, Matthew Tierney, Will Pierson, Lia Hauser, Grayson Hampshire, and Isabella Marinucci in the above-referenced matter. We submit this letter jointly with counsel for Defendants in accordance with the Court's April 15th Order that the parties provide a status update by April 25th.

  As we earlier reported to the Court, following mediation before Mediator Barry J. Peek, the parties have reached a resolution in principle on all terms and have agreed upon and signed an extensive term sheet. We are now preparing final documents formally reflecting the parties' resolution of this matter. We ask that the Court allow us until May 2, 2024 to finalize and submit all appropriate paperwork to the Court.

  We thank the Court for its attention to this matter.

                   Respectfully submitted,

                   Patricia Kakalec
                   Counsel for Plaintiffs

cc:  All counsel by ECF

Kakalec Law PLLC
80 Broad Street, Suite 703, New York NY 100004
(212) 705-8730; (646) 759-1587 (fax)
www.KakalecLaw.com